FILED

01/24/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0335

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0335

IN THE MATTER OF:

O.K.,

Respondent and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 2, 2025, within which to prepare, file, and serve the State's response brief.

**CH**

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 24 2025